# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0971. DAVID EARL BRITT v. JANIS MANGUM.**

David Earl Britt appeals to this Court from the trial court's dismissal of his petition for writ of habeas corpus. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/24/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*